IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Kenneth D. Dalton and Linda F. Dalton, individually and as Administrators of the Estate of Melvin Drew Dalton, deceased, | ) ) ) ) | C.A. No.: 1:12-415-TLW-SVH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| Georgia-Pacific LLC, | ) ) | |
| Defendant/Third-Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| Industrial Mechanical, Inc., | ) ) | |
| Third-Party Defendant. | ) ) | |

This matter is now before the undersigned for review of the Report and Recommendation[1] ("the Report") filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636. In her Report, Magistrate Judge Hodges recommends that the plaintiffs' motion to remand (Doc. # 9) be denied. (Doc. # 31). No objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

---

[1] This document is an Order and Report and Recommendation that also addresses and grants defendant Georgia-Pacific's motion to amend its notice of removal.

1

have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 31) and plaintiffs' motion to remand is **DENIED**.  (Doc. # 9).

**IT IS SO ORDERED.**

    s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

June 8, 2012
Florence, South Carolina